UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  5:20-1403-DMG (MAR)                                    Date: June 25, 2021

Title:    *Rose Ann Bryant v. Commissioner of Social Security*

Present: The Honorable:   MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

|  Erica Valencia  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

On July 16, 2020, Rose Ann Bryant ("Plaintiff"), proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 405 seeking review of a decision by the Commissioner of Social Security to deny benefits. ECF Docket No. ("Dkt.") 1. On the same date, the Court issued an "Order Re: Procedures in Social Security Appeal"("CMO"). Dkt. 6. The CMO stated: "Plaintiff will have **35 days** from the filing of the answer to file and serve a Memorandum in Support of Plaintiff's Complaint." Id. at 2.

On March 16, 2021, Defendant filed an Answer. Dkt. 12. Accordingly, pursuant to the CMO, Plaintiff's Memomrandum was due by April 20, 2021. See Dkt. 6 at 2. To date, Plaintiff has failed to file a Memorandum. Plaintiff has not corresponded with the Court at all since filing the Complaint on July 16, 2020.

Accordingly, Plaintiff is ordered to show cause in writing **within twenty-one (21) days** of this Order why this action should not be dismissed for failure to prosecute and failure to comply with a Court order. See Fed. R. Civ. P. 41(b). The Court will consider any of the following two (2) options to be an appropriate response to this Order:

(1) Plaintiff shall file a Memorandum as described in the CMO, Dkts. 5, 6; or
(2) Plaintiff shall provide the Court with an explanation as to why she has failed to file a Memorandum and request an extension.

**Failure to respond to the Court's Order may result in the dismissal of the action.**

**IT IS SO ORDERED.**

|  :  |
|---|
| **Initials of Preparer**    ev |