UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  5:20-1403-DMG (MAR)                                                      Date:  August 6, 2021

Title:  *Rose Ann Bryant v. Commissioner of Social Security*

Present: The Honorable:  MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| Erica Bustos | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER RE:  JUNE 25, 2021 OSC, DKT. 15**

On June 25, 2021, this Court issued an Order to Show Cause ("OSC") ordering Plaintiff to show by July 16, 2021 why this action should not be dismissed for failure to prosecute and failure to comply with a Court Order.  ECF Docket No. ("Dkt.") 15.  Plaintiff was warned that "[f]ailure to respond to the Court's Order **may** result in the dismissal of the action."  Id. (emphasis added).  To date, Plaintiff has not responded to the Court's June 25, 2021 OSC.

Accordingly, Plaintiff must respond to the Court's June 25, 2021 Order, with one of the two (2) options listed in the OSC:

(1) Plaintiff shall file a Memorandum as described in the CMO, Dkts. 5, 6; or
(2) Plaintiff shall provide the Court with an explanation as to why she has failed to file a Memorandum and request an extension.

Dkt. 15.  Plaintiff must comply **within fourteen (14) days of this Order, by Friday, August 20, 2021**, or this action **will** be dismissed for failure to prosecute and failure to comply with Court Orders.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | eb |