JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE ANN BRYANT, | Case No. 5:20-cv-1403-DMG (MAR) |
| Plaintiff, | |
| v. | JUDGMENT |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant(s). | |

Pursuant to the Memorandum and Order Dismissing Case,

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

DATED: January 20, 2022

_____
DOLLY M. GEE
United States District Judge